■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH NIXON, Appellant. [625 NYS2d 983] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was denied a fair trial by the prosecutor's misconduct during

examination of witnesses and summation. The majority of the alleged errors have not been preserved for review *(see,* CPL 470.05 [2]), and we decline to review them as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). "Because those errors that were preserved 'were not so egregious or prejudicial as to deprive defendant of a fair trial, reversal is not warranted' " *(People v Toumbis,* 204 AD2d 1026, quoting *People v Dawkins,* 203 AD2d 957, 958, *lv denied* 84 NY2d 824). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Assault, 1st Degree.) Present— Denman, P. J., Green, Fallon, Balio and Boehm, JJ.